UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALIL JOHNSON,

        Plaintiff,                Case no. 09-14311
                                       HON. JOHN CORBETT O'MEARA

v.

DEARBORN POLICE DEPARTMENT,
POLICE OFFICER SHELLEY
POLICE OFFIDER KITATMAN,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Charles E. Binder's Report and Recommendation, filed December 04, 2009, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that the case is DISMISSED *sua sponte* for failure to state a claim upon which relief may be granted.


                                           s/John Corbett O'Meara
                                           United States District Judge

Date: December 29, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 29, 2009, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager