UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALIL JOHNSON,

        Plaintiff,        Case no. 09-14311
                                    HON. JOHN CORBETT O'MEARA

v.

DEARBORN POLICE DEPARTMENT, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Charles E. Binder's Report and Recommendation, filed September 15, 2010, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Plaintiff's motions to reopen case are DENIED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: November 5, 2010

    I hereby certify that on November 5, 2010, a copy of the foregoing document was served upon Plaintiff at 12516 Charest Street, Detroit, Michigan 48212-2260 by first-class U.S. mail.

                                            s/William Barkholz
                                            Case Manager